371 A.2d 518

Liebow, Appellant, v. Eagle Downs
Racing Association et al.

Argued September 20, 1976.   Michael J. Ruten-

berg, with him Rutenberg, Rutenberg, Rutenberg and Rutenberg, for appellant; Barry E. Bressler, with him Samuel E. Dennis, for appellees.

Order affirmed.